IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, et al., )<br>individually and on behalf )<br>of all others similarly )<br>situated, )<br>     )<br>    Plaintiffs, )<br>     )<br>    v. )<br>     )<br>VIVINT, INC., )<br>     )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:19cv258-MHT |

## ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that the parties' joint motion to modify the scheduling order be granted. The parties have informed the court that they do not object to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 76) is adopted.

(2) The joint motion to modify the scheduling order (doc. no. 68) is granted to the extent set forth below.

    (3) The uniform scheduling order (doc. no. 12), as amended, is modified in the following respects:

    (A) The deadline for completing discovery is extended from July 27, 2020, to September 25, 2020.

    (B) The deadline for the parties' settlement conference is extended from August 3, 2020, to October 2, 2020.

    (C) The deadline for filing dispositive motions is extended from August 31, 2020, to October 30, 2020.

    (D) The pretrial is reset from January 20, 2021, to June 23, 2021, at 10:00 a.m., and the trial is reset from March 15, 2021, to the term of court beginning on August 16, 2021, at 10:00 a.m.

    (E) All unexpired deadlines expressly tied to the above dates are adjusted accordingly. All other deadlines remain unchanged.

    DONE, this the 7th day of August, 2020.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**