# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, DANIEL SULLEN, and JOSHUA RENFROE, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>VIVINT, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:19-cv-258-MHT-JTA<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT REGARDING MEDIATION

Plaintiffs Tiffany Dorn, Daniel Sullen, and Joshua Renfroe, individually and on behalf of all others similarly situated, and Defendant Vivint, Inc. (collectively, the "Parties") jointly notify the Court, pursuant to the Court's January 7, 2022 Order (Doc. 129), regarding the status of the Parties' mediation:

1. The Parties participated in full day mediations on March 21, 2022, April 12, 2022, May 6, 2022, July 6, 2022, and August 30, 2022, in Birmingham, Alabama, with mediator Lee Copeland. Between each mediation session, the Parties engaged in additional negotiations and discussions with one another and with Mr. Copeland, including an additional half-day mediation by Zoom.

2. After filing the last monthly status report (Doc. 139), informing the

13097980.6

Court that the Parties had reached an impasse, the Parties resumed negotiations with the aid of Mr. Copeland and have made additional progress toward resolving this matter in its entirety.

3. The Parties will continue to report to the Court the status of their ongoing mediation efforts as required by the Court's January 7, 2022 Order (Doc. 129). Should an impasse, in fact, be reached, the Parties will move the Court to lift the stay and re-open the case from the administrative docket, and Plaintiffs will move to re-open discovery, with Vivint intending to oppose the same, as described in the Parties' September 2022 status report.

Respectfully submitted this 4th day of October, 2022.

| /s/ *Jonathan S. Mann (w permission)* | /s/ *Jason B. Tompkins* |
|---|---|
| Jonathan S. Mann<br>Austin Whitten<br>Michael C. Bradley<br>**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.**<br>2001 Park Place North, Suite 1100<br>Birmingham, AL 35203<br>Tel: (205) 322-8880<br>Fax: (205) 328-2711<br>Email: jonm@pittmandutton.com<br>Email: austinw@pittmandutton.com<br>Email: mikeb@pittmandutton.com<br><br>*Attorneys for Plaintiffs and the Proposed Classes* | Jason B. Tompkins (ASB-3737-N72T)<br>Joseph D. Leavens (ASB-3319-J66L)<br>Jonathan P. Hoffmann (ASB-1809-R66F)<br>**BALCH & BINGHAM LLP**<br>1901 6th Avenue North, Suite 1500<br>Birmingham, AL 35203<br>Telephone: (205) 251-8100<br>Facsimile: (205) 226-8799<br>Email:   jtompkins@balch.com<br>           jleavens@balch.com<br>           jhoffmann@balch.com<br><br>*Attorneys for Defendant, Vivint, Inc.* |

13097980.6