## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, DANIEL SULLEN, and JOSHUA RENFROE, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>VIVINT, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   **CASE NO.: 2:19-cv-258-MHT-JTA**<br>)<br>)   **CLASS ACTION**<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT REGARDING MEDIATION

Plaintiffs Tiffany Dorn, Daniel Sullen, and Joshua Renfroe, individually and on behalf of all others similarly situated, and Defendant Vivint, Inc. (collectively, the "Parties") jointly notify the Court, pursuant to the Court's January 7, 2022 Order (Doc. 129), regarding the status of the Parties' mediation:

1.     The Parties participated in full day mediations on March 21, 2022, April 12, 2022, May 6, 2022, July 6, 2022, and August 30, 2022, in Birmingham, Alabama, with mediator Lee Copeland. Between each mediation session and after the final session, the Parties engaged in additional negotiations and discussions with one another and with Mr. Copeland, including an additional half-day mediation by Zoom.

2.     After filing the last monthly status report informing the Court that the Parties had resumed negotiations and had made additional progress toward resolving this matter in its entirety, the Parties reached an agreement in principle regarding the settlement of this matter. The Parties have exchanged drafts of a settlement agreement, consistent with the agreed-to terms, including proposals for all notices required to effectuate the same. Counsel for the Parties held an in person conference regarding the terms of the agreement on April 12, 2023, and the Parties are presently working toward finalizing the terms of the agreement.

3.     The Parties will report to the Court the status of their continued mediation efforts as required by the Court's January 7, 2022 Order (Doc. 129).

Respectfully submitted this 11th day of May, 2023.

<table>
<tr><td>/s/ <em>Jonathan S. Mann</em></td><td>/s/ <em>Jason B. Tompkins</em></td></tr>
<tr><td>Jonathan S. Mann</td><td>Jason B. Tompkins (ASB-3737-N72T)</td></tr>
<tr><td>Austin Whitten</td><td>Joseph D. Leavens (ASB-3319-J66L)</td></tr>
<tr><td>Michael C. Bradley</td><td>Jonathan P. Hoffmann (ASB-1809-R66F)</td></tr>
<tr><td><strong>PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.</strong></td><td><strong>BALCH & BINGHAM LLP</strong></td></tr>
<tr><td>2001 Park Place North, Suite 1100</td><td>1901 6th Avenue North, Suite 1500</td></tr>
<tr><td>Birmingham, AL 35203</td><td>Birmingham, AL 35203</td></tr>
<tr><td>Tel: (205) 322-8880</td><td>Telephone: (205) 251-8100</td></tr>
<tr><td>Fax: (205) 328-2711</td><td>Facsimile: (205) 226-8799</td></tr>
<tr><td>Email: jonm@pittmandutton.com</td><td>Email:     jtompkins@balch.com</td></tr>
<tr><td>Email: austinw@pittmandutton.com</td><td>           jleavens@balch.com</td></tr>
<tr><td>Email: mikeb@pittmandutton.com</td><td>           jhoffmann@balch.com</td></tr>
<tr><td></td><td></td></tr>
<tr><td><em>Attorneys for Plaintiffs and the Proposed Classes</em></td><td><em>Attorneys for Defendant, Vivint, Inc.</em></td></tr>
</table>

2