IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, DANIEL SULLEN, and JOSHUA RENFROE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VIVINT, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:19-cv-258-MHT-JTA<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING MEDIATION**

Plaintiffs Tiffany Dorn, Daniel Sullen, and Joshua Renfroe, individually and on behalf of all others similarly situated, and Defendant Vivint, Inc. (collectively, the "Parties") jointly notify the Court, pursuant to the Court's January 7, 2022 Order (Doc. 129), regarding the status of the Parties' mediation:

1. The Parties participated in full day mediations on March 21, 2022, April 12, 2022, May 6, 2022, July 6, 2022, and August 30, 2022, in Birmingham, Alabama, with mediator Lee Copeland. Between each mediation session and after the final session, the Parties engaged in additional negotiations and discussions with one another and with Mr. Copeland, including an additional half-day mediation by Zoom.

23000217.1

2. The Parties resumed negotiations after the mediation sessions and ultimately reached an agreement in principle regarding the settlement of this matter. The Parties have exchanged several rounds of revisions to drafts of a settlement agreement, multiple exhibits, and all notices required to effectuate the settlement.

3. On June 27, 2023, counsel for the Parties met in-person to discuss numerous issues relating to their respective revisions to the settlement agreement. The Parties are now working on revisions they anticipate will result in final versions of all settlement documents.

4. The Parties will report to the Court the status of their continued mediation efforts as required by the Court's January 7, 2022 Order (Doc. 129).

Respectfully submitted this 5th day of July, 2023.

| /s/ *Jonathan S. Mann* | /s/ *Jason B. Tompkins* |
|---|---|
| Jonathan S. Mann | Jason B. Tompkins (ASB-3737-N72T) |
| Austin Whitten | Joseph D. Leavens (ASB-3319-J66L) |
| Michael C. Bradley | Jonathan P. Hoffmann (ASB-1809-R66F) |
| **PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.** | **BALCH & BINGHAM LLP** |
| 2001 Park Place North, Suite 1100 | 1901 6th Avenue North, Suite 1500 |
| Birmingham, AL 35203 | Birmingham, AL 35203 |
| Tel: (205) 322-8880 | Telephone: (205) 251-8100 |
| Fax: (205) 328-2711 | Facsimile: (205) 226-8799 |
| Email: jonm@pittmandutton.com | Email: jtompkins@balch.com |
| Email: austinw@pittmandutton.com | jleavens@balch.com |
| Email: mikeb@pittmandutton.com | jhoffmann@balch.com |

*Attorneys for Plaintiffs and the Proposed Classes*

*Attorneys for Defendant, Vivint, Inc.*

23000217.1