```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

TIFFANY DORN, et al.,        )
individually and on behalf   )
of all others similarly      )
situated,                    )
                             )
     Plaintiffs,             )
                             )     CIVIL ACTION NO.
     v.                      )       2:19cv258-MHT
                             )
VIVINT, INC.,                )
                             )
     Defendant.              )
```

ORDER

The clerk's office has informed the presiding judge that named plaintiff Tiffany Dorn visited the office and left some letters for the court discussing her attorneys. The presiding judge has not read the letters. Because Dorn is represented by counsel, she cannot file documents with the court.

Accordingly, the clerk of court is ORDERED to mail the letters to plaintiff Tiffany Dorn's attorneys. The court assumes that the plaintiffs' attorneys will

respond to plaintiff Dorn's concerns.

DONE, this the 17th day of August, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**