# UNITED STATES DISTRICT COURT
## ALABAMA MIDDLE DISTRICT
### Northern DIVISION

RECEIVED

2023 OCT 18 P 5:09

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tiffany Dorn )
_____ )
Plaintiff(s) )
)
v. )  Case No. 2:19-CV-258-MHT-JTA
)
Vivint )
_____ )
Defendant(s) )

**MOTION FOR** Hearing

Comes now, Tiffany Dorn, the ☑Plaintiff(s) ☐Defendant(s), who hereby provides a letter of notice regarding a request for appeal and a hearing inorder for Mrs. Dorn to address of concerns.

Signature: [signed] Tiffany M Dorn

Printed Name: Tiffany Dorn

Address: 6317 Scenic Dr.
Montgomery, AL 36117

Tiffany Dorn (Pro se)  
6317 Scenic Dr.  
Montgomery, AL, 36117  
teemarie83@yahoo.com  
334-421-9110

10/15/2023

Honorable Myron Thompson  
U.S. District Court  
1 Church Street  
Montgomery, Al 36014

Re: Request for Appeal Motion or Hearing  
Dorn, et al. v. Vivint, Inc., 2:19-cv-258-MHT-JTA

Dear Judge Thompson,

I hope this letter finds you well. I am writing to formally request that a motion for an appeal or a hearing be scheduled to address my concerns regarding the Dorn vs. Vivint lawsuit. There are significant grounds for reconsideration or clarification in this matter.

On August 14, 2023, I submitted three letters notifying the court of the deceptive practices that I have endured with the Pittman, Dutton, Hellums, Bradley & Mann Law firm. I presented documents as well as audio recordings to the court regarding my claims. There was limited to no communication from the PDHBM law firm, and the firm has falsified and submitted documents to the court with the exclusion of all lead plaintiffs during the legal process. I have suffered from deception, manipulation, fraudulent inducement, misrepresentation, and legal malpractice, all of which the attorneys at the PDHBM law firm have openly acknowledged.

Nonetheless, when I submitted the three letters to the court, expressed my intent to disclose their deceit, and objected to the unfair, inadequate, and unreasonable settlement offer due to the difference in the initial terms that were presented when I hired the firm, it was evident that the lawyers' goals were to remove me from the lawsuit to conceal their unethical behaviors. They stated that I asked to be removed from the suit, but they submitted a letter stating that the firm couldn't represent me. Once the deceit continued, I came to the conclusion that the firm did not have my best interest, and I decided to notify the court of the continued deceit from the PDHBM firm as well as Vivint Home Security System. I am emotionally, mentally, and physically overwhelmed. This process has caused

insomnia, stress, anxiety, depression, hair loss, health concerns, and financial strain. I understand the importance of a fair and impartial legal process and believe that a motion for an appeal or a hearing is essential to ensure justice is served. Please review my case and consider scheduling a motion for an appeal or a hearing at your earliest convenience. During this process, I was excluded from this case immediately after I signed the contract, and additional plaintiffs were added; once a settlement agreement was received, the firm consistently emphasized that only one plaintiff was required. It is apparent that the PDHBM firm concealed information and didn't honestly inform me of the allotted compensation regarding the class actions process until the settlement agreement was determined. I asked to attend mediation sessions, and I was denied. However, there were several sessions held, and it was noted that I was in attendance. Upon notifying the court clerks that I had not attended either session, they questioned my certainty since the records showed that I had participated in full-day mediation sessions. I responded, "No, ma'am, I'm not sure why the PDHBM lawyers would falsify documents, but that information is inaccurate."

The PDHBM firm falsified documents and filed a joint status report on 10/4/2022, which stated that I was in attendance and participated in a full day of mediation on March 21, 2022, April 12, 2022, May 6, 2022, July 6, 2022, August 30, 2022, in Birmingham with mediator Lee Copeland. This is continued deceit and manipulation. Another modified motion was filed on 10/3/3023, removing my name from the document due to fact that I notified the court on 08/15/2023 of the deceit and fraudulent inducement. The previous form, Document 140 was filed on 10/04/22, indicating that Plaintiffs Daniel Sullen, Joshua Renfroe, and I attended mediation; in actuality, none of the lead plaintiffs were in attendance.

Additionally, I submitted audio and documentation on 8/14/2023 regarding my claim. If necessary, I am prepared to provide additional documentation and evidence to support my request. I am committed to participating fully in the legal process and will adhere to all procedural requirements. Please inform me of the next steps in this process, including any specific forms or documentation that may be required to proceed with my request. Please also let me know if there are any upcoming deadlines or other vital information I should be informed of. Thank you for your attention to this matter. I have complete confidence in the judicial system's impartiality, and your consideration of this request will contribute to a just resolution of the issue at hand.

Sincerely,

*[signature]*

Tiffany Marie Dorn

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, __Tiffany Dorn__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __email__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __18__ day of __Oct__ 20__23__ to:

Jason Brent Tompkins: jtompkins@balch.com
Jonathan Paul Hoffman: jhoffman@balch.com
jleavens@balch.com: Joseph Leavens

__10/18/2023__
Date

__Tiffany Dorn__
(Signature)