# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, DANIEL SULLEN, and JOSHUA RENFROE, individually and on behalf of all others similarly situated, | ) ) ) ) CASE NO.: 2:19-cv-258-MHT-JTA ) ) |
| Plaintiffs, | ) ) |
| v. | ) UNOPPOSED ) |
| VIVINT, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF JOINT STIPULATION OF DISMISSAL OF THE CLAIMS OF PLAINTIFFS DANIEL SULLEN AND JOSHUA RENFROE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

COME NOW Plaintiffs Daniel Sullen and Joshua Renfroe, individually and on behalf of all others similarly situated, and Defendant Vivint, Inc, by and through undersigned counsel, to notify the Court of the voluntary dismissal without prejudice of all claims brought against the Defendant Vivint, Inc. by Plaintiffs Daniel Sullen and Joshua Renfroe, individually and on behalf of all others similarly situated, including without waiver those in Plaintiffs' alleged classes, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 27th day of October 2023.

| | |
|---|---|
| /s/ *Jonathan S. Mann* | /s/ *Jason B. Tompkins* |
| Jonathan S. Mann | Jason B. Tompkins (ASB-3737-N72T) |
| Austin B. Whitten | Joseph D. Leavens (ASB-3319-J66L) |
| Michael C. Bradley | Jonathan P. Hoffmann (ASB-1809-R66F) |
| **PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN P.C.** | **BALCH & BINGHAM LLP** |
| 2001 Park Place North, Suite 1100 | 1901 6th Avenue North, Suite 1500 |
| Birmingham, AL 35203 | Birmingham, AL 35203 |
| Tel: (205) 322-8880 | Telephone: (205) 251-8100 |
| Fax: (205) 328-2711 | Facsimile: (205) 226-8799 |
| Email: jonm@pittmandutton.com | Email: jtompkins@balch.com |
| Email: austinw@pittmandutton.com | jleavens@balch.com |
| Email: mikeb@pittmandutton.com | jhoffmann@balch.com |
| | |
| *Attorneys for Plaintiffs Sullen and Renfroe* | *Attorneys for Defendant, Vivint, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on 27th day of October 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, and a copy will be served on Plaintiff Tiffany Dorn via U.S. Mail.

*/s/ Jon Mann*
Jonathan S. Mann

2