# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:19-cv-258-MHT-JTA |
| | ) |
| VIVINT, INC., | ) CLASS ACTION |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO PERMIT
## DEFENDANT VIVINT, INC.'S REPRESENTATIVE
## TO APPEAR AT MEDIATION BY VIDEOCONFERENCE

Pursuant to the Court's February 7, 2024 Order (Doc. 167, the "Order"), Plaintiff Tiffany Dorn ("Plaintiff") and Defendant Vivint, Inc. ("Vivint" and, collectively with Plaintiff, the "Parties") jointly move the Court to allow Vivint's representative to appear for and participate in mediation via videoconference. If granted, all other participants will appear in person. In support, the Parties jointly state as follows:

1. Pursuant to the Order, the Parties are required to appear at mediation on March 7, 2024 in Courtroom 4B, Frank Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104. (Doc. 167 at 1).

2. Vivint's representative resides in Houston, Texas. Her children's spring break begins on March 8, 2024, and she must be available in Houston that day.

3. The in-person attendance of Vivint's representative at the mediation would be difficult and potentially interfere with her commitments in Houston the following day.

4. The Order provides that the Parties "may move <u>jointly</u> to request that the mediation be held by videoconference, if any representative(s) reside(s) outside the State of Alabama." (*Id.*) (emphasis in original).

5. Plaintiff, her counsel, and Vivint's counsel intend to appear in-person for the Mediation.

6. Accordingly, the Parties jointly request that Vivint's representative be permitted to appear at the mediation via videoconference, while Plaintiff, her counsel, and Vivint's counsel appear in-person.

WHEREFORE, premises considered, the Parties jointly request the Court enter an order permitting Vivint's representative to appear at the mediation via videoconference and provide such other and further relief as the Court deems necessary, just, and proper.

Respectfully submitted this 19th day of February, 2024.

/s/ *Jonathan K. Corley*(with permission)
Jonathan K. Corley
**WHITTELSEY & CORLEY, LLC**
Post Office Box 106
Opelika, Alabama 36803
Tel: (334) 745-7766
Email:   jcorley@wwp-law.com

*Attorney for Tiffany Dorn*

/s/ *Jason B. Tompkins*
Jason B. Tompkins (ASB-3737-N72T)
Joseph D. Leavens (ASB-3319-J66L)
Jonathan P. Hoffmann (ASB-1809-R66F)
**BALCH & BINGHAM LLP**
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
Email:   jtompkins@balch.com
            jleavens@balch.com
            jhoffmann@balch.com

*Attorneys for Defendant, Vivint, Inc.*