IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN, et al., )<br>individually and on behalf )<br>of all others similarly )<br>situated, )<br>    ) <br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>VIVINT, INC., )<br>    )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:19cv258-MHT<br>(WO) |

**JUDGMENT**

Based on the joint stipulation of dismissal (Doc. 155) filed by plaintiffs Daniel Sullen and Joshua Renfroe, individually and on behalf of all others similarly situated, and by defendant Vivint, Inc., which the court construes as a joint motion to dismiss said plaintiffs' claims pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss is granted, and the claims of plaintiffs Daniel Sullen and Joshua Renfroe, individually and on behalf of all

others similarly situated, including without waiver those in said plaintiffs' alleged classes, are dismissed without prejudice.

Plaintiffs Daniel Sullen and Joshua Renfroe, individually and on behalf of all others similarly situated, are terminated as parties to this action.

This case remains administratively closed pending mediation of plaintiff Tiffany Dorn's claims.

DONE, this the 21st day of February, 2024.

                                                               /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**