IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIFFANY DORN,           ) | |
|                       ) | |
|     Plaintiff,     ) | |
|                       ) | CIVIL ACTION NO. |
|     v.             ) | 2:19cv258-MHT |
|                       ) | (WO) |
| VIVINT, INC.,         ) | |
|                       ) | |
|     Defendant.     ) | |

**JUDGMENT**

Based on the joint stipulation of dismissal with prejudice (Doc. 175), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice, with each party to bear its own costs and fees.  All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of March, 2024.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE